IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| In The Matter Of The Search Of:<br><br>Agriprocessors, Incorporated and/or<br>Nevel Properties, Corporation with<br>complete description of premises to<br>be searched incorporated in Attachment 1 | No. 08-MJ-110 |

## ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT

For cause, it is

ORDERED

That the Application and Affidavit for Search Warrant and Search Warrant in this matter are sealed until entry is made on the premises to execute the search warrant.

The names of the 695 people for whom there are criminal complaints (listed in Attachment 2) will remain sealed until further order of this Court because the criminal complaints have been already been ordered sealed until further order of this Court, and the names may also be victims of identity theft.

Date: May 9, 2008

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT