# United States District Court

## FOR THE NORTHERN DISTRICT OF IOWA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched)

Agriprocessors, Incorporated and/or Nevel
Properties, Corporation with complete description of
premises to be searched incorporated in Attachment 1

**SEARCH WARRANT**

CASE NUMBER: 08-MJ-110

TO:   Senior Special Agent David Hoagland               and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ SSA David Hoagland _____ who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
Agriprocessors, Incorporated and/or Nevel Properties, Corporation with complete description of premises to be
searched incorporated in Attachment 1

in the _____ Northern District of Iowa _____ there is now
concealed a certain person or property, namely (describe the person or property)

  See Attachment 2

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ *May 19, 2008* _____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find
reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____ the undersigned _____
as required by law.
U.S. Judge or Magistrate

*May 9, 2008    9:15 AM*                at Cedar Rapids, IA
_____           _____
Date and Time Issued                        City and State

Jon S. Scoles, Magistrate Judge
_____           _____
Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>May 09, 2008 | DATE AND TIME WARRANT EXECUTED<br>May 12, 2008 / 10:00 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Sholom Rubashkin via on-site counsel |

INVENTORY MADE IN THE PRESENCE OF
ICE Senior Special Agent Eric Spalding

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

   Please See Attached Copies of the US DHS/ Bureau of Customs and Border Protection "Custody Receipt for Seized Property and Evidence"- CBP Form 6051S.

Notes:
   I.  Items numbered 3, 4, 5, 6, 7, 8, 29, and 30 are computer hardware devices which were seized and a mirror image was obtained off-site, but which have since been returned to the company.

   II. Items numbered 31, 32, and 33 reflect computer hardware which was not itself seized, but from which a mirror image was obtained on-site.

## CERTIFICATION

   I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____          5-21-08
U.S. Judge or Magistrate                          Date

2806241

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2 0 0 8 3 5 0 5 9 0 0 0 0 1 0 1 | 2 0 0 8 5 2 7 0 5 4 8 8 3 0 1 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| R Q 1 9 W R 0 8 R Q 0 0 0 2 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 05/12/2008 | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Agriprocessors Inc.  Address: 220 N. West ST. Post ville, IA 52162  Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|

12. Remarks: Line item 28 re-packed into 4 boxes. SAR

13. Send Correspondence to:

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Documents (Room A) | 7 | Box | | EA | $ |
| 002 | I.D. Cards (Room A) | 1 | Bag | | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | |
|---|---|---|
| ERIC SPALDING  Print Name | x [signature]  Signature | 5/12/08  Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | Documents (Room A) | Derik Davis / SA | [signature] | 5/12/08 |
| 002 | ID cards (Room A) | Derik Davis / SA | [signature] | 5/12/08 |
| 001/002 | Documents & ID Cards (Room A) | Sylona Robertson Unit Chief / SA | [signature] | 05/12/2008 |
| 001/002 | Documents & ID cards | DAN SCHWARZ S/A ICE | [signature] | 05/15/08 |

CBP Form 6051A Continuation Sheet Attached? Yes ☒ No ☐

CBP Form 6051S (03/04)

CBP Retains Original

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 0 8 3 0 0 5 9 0 0 0 0 1 0 1 | 2. Incident No. 2 0 0 8 5 2 0 0 5 4 8 5 3 0 1 | | |
|---|---|---|---|
| 3. Investigative Case No. R Q 1 9 M R 0 8 R 2 0 0 0 2 | 4. Enforce No. | | |
| 5. Prior Detention? Yes ☐ No ☒ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 05/12/2008 | 7. Time Seized (Use 24 Hrs) 05/12/08 10:30 Am | 8. FDIN/Misc |
| 9. Seized From: Name: Agri Processors Inc. | 10. Entry No. | | 11. Seal or Other ID Nos. |
| Address: 220 N. West ST. Postville, IA 55162 | 12. Remarks: | | |
| Telephone No. ( ) Ext: | | | |
| 13. Send Correspondence to: | | | |

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 003 | S/N 8307W2XF RH46A (Room) IBM Computer (B) | | | 1 | EA | $ |
| 004 | S/N 813102 WKMTR3C-m IBM computer (B) | | | 1 | EA | $ |
| 005 | S/N 4538 (Room) Orion computer (B) | | | 1 | EA | $ |
| 006 | S/N HDKIV21 (Room) Dell Computer (B) | | | 1 | EA | $ |
| 007 | S/N LR10A03 (Room) IBM Think Pad (B) | | | 1 | EA | $ |
| 008 | S/N ERY0B15Y (Room) Seagate Hard drive (B) | | | 1 | EA | $ |

| 15. Seizing Officer ERIC SPALDING x [signature] | 5/12/08 |
|---|---|
| Print Name Signature | Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 003-008 | See Above (All) | SSA Williams/ICE | [signature] | 5/12/08 |
| 003-008 | See above, all | John Owen/SSA/ICE | John Owen | 5/12/08 |
| 007-008 | See above (All) | SSA Williams/ICE | [signature] | 5/13/08 |
| 003-008 | See above (All) | D.M. Hoagland US ICE SSA | [signature] | 5-13-08 |
| 003-008 | See Above (All) | SSA Williams/ICE | [signature] | 5-14-08 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐            CBP Form 6051S (03/04)

CBP Retains Original

# CUSTODY RECEIPT
## FOR
# DETAINED OR SEIZED
# PROPERTY
Handbook 5200-09

**Continuation Sheet**

1. Page __2__ of __2__
2. CF 6051S or D No. __2806242__

| 3. FPF No. 2008350590000101 | 4. Investigative Case No. or IA File No. RQ19NR08RQ0002 |
|---|---|

| 5. PROPERTY (By Line Item) Attach CF 58 if conveyance | | | | | FOR DETENTIONS ONLY |
|---|---|---|---|---|---|

| a. Line Item No. | b. Description | c. Packages | | d. Measurements | | e. Est. Dom. Value | f. Samples sent to the Customs Lab |
|---|---|---|---|---|---|---|---|
| | | Number | Type | Qty. | UM | | Yes or No / Date |
| 009 | S/N BV31DZ4LKMH24N Think Centre (Room A) | | | 1 | EA | $ | Yes☐ No☐ / / |
| 010 | CD-R Fremtren #9 (Room A) | | | 1 | EA | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |

| 6. ACCEPTANCE/CHAIN OF CUSTODY | | | | |
|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| 9-10 | Think Centre, CD-R | ERIC SPALDING | | 5/12/08 |
| 9-10 | Think Centre, CD-R | SSA CRAIG WILLIAMS ICE | | 5/12/08 |
| 9-10 | IBM Think Center PC, CDR | John Owen/SSA/ICE | John Owen | 5/12/08 |
| 009-010 | IBM Think Centre, CD-R | SSA CRAIG WILLIAMS/ICE | | 5/13/08 |
| 009-010 | IBM Think Centre, CD-R | J. M. HOAGLAND US ICE SSA | | 5-13-08 |
| 009-010 | IBM Think Centre | SSA CRAIG WILLIAMS/ICE | | 5-14-08 |
| 009 | 1 BM Think Centra | DRIVER AGRI Giora Bar | | 5-14-08 |
| 003-008 | (2) IBM computers, (1) Orion Computer (1) Dell Computer (1) IBM Thinkpad, (4) Seagate HD | DRIVER AGRI Giora Bar | | 5-14-08 |

Customs Retains Original

Customs Form 6051A (11/01)

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3029434

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 0 0 3 5 0 5 9 0 0 0 0 1 0 1 | 2. Incident No. 2 0 0 8 5 2 0 0 5 4 8 8 3 0 1 |
|---|---|
| 3. Investigative Case No. RQ 0 9 WR 0 8 R 0 0 0 0 2 | 4. Enforce No. |

| 5. Prior Detention? Yes ☐ No ☒ If yes, CBP 6051D No. | 6. Date Seized (mm/dd/yyyy) 5/12/2008 | 7. Time Seized (Use 24 Hrs) 10:30 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Agriprocessors Inc. Address: 220 N. West St. Postville, IA 52162 Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No | b. Description | c. Packages Number | Type | d. Measurements Qty. LWH | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 011 | Documents (Room E) | 44 | Box | E | Ea | $ |
| 012 | Documents (Room E) | 2 | Box | | Ea | $ |
| 013 | Documents (Room D) | 12 | Box | | Ea | $ |
| 014 | Documents (Room F) | 1 | bag | | Ea | $ |
| 015 | Documents (Room C) | 73 | Box | | EA | $ |
| 016 | Documents (Room C) | 15 | Box | | EA | $ |

| 15. Seizing Officer Eric Spalding Print Name | x ESpall Signature | 5/1/208 Date |
|---|---|---|

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 011-016 | See above items | Dan Schwarz SA ICE | | 05/1/08 |
| 011-016 | See above items | Sylvia A Roberton SA Unit Chf | | 05/12/08 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐          CBP Form 6051S (03/04)

CBP Retains Original

Case 1:08-mj-00110-JSS   Document 3   Filed 05/21/08   Page 6 of 11

**CUSTODY RECEIPT**
**FOR**
**DETAINED OR SEIZED**
**PROPERTY**
Handbook 5200-09

**Continuation Sheet**

1. Page  2  of  2
2. CF 6051S or D No. 3029434

| 3. FPF No. 2008350590000101 | | 4. Investigative Case No. or IA File No. RQ 19 NR 08 RQ 0002 | | | | | |

| 5. PROPERTY (By Line Item) Attach CF 58 if conveyance | | | | | | FOR DETENTIONS ONLY | |
|---|---|---|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Packages | | d. Measurements | | e. Est. Dom. Value | f. Samples sent to the Customs Lab |
| | | Number | Type | Qty. | UM | | Yes or No     Date |
| 017 | Documents (Room J) | 8 | Box | | EA | $ | Yes☐ No☐  /  / |
| 018 | Credit cards (Room B) | 1 | Bag | | EA | $ | Yes☐ No☐  /  / |
| 019 | Documents (Room B) | 3 | Box | | EA | $ | Yes☐ No☐  /  / |
| 020 | Documents (Room K) | 1 | Box | | EA | $ | Yes☐ No☐  /  / |
| 021 | Documents (Room L) | 1 | Bag | | EA | $ | Yes☐ No☐  /  / |
| 022 | Documents (Room M) | 3 | Bag | | EA | $ | Yes☐ No☐  /  / |
| 023 | Documents (Room N) | 1 | Bag | | EA | $ | Yes☐ No☐  /  / |
| 024 | Documents (Room O) | 1 | Bag | | EA | $ | Yes☐ No☐  /  / |
| 025 | Documents (Room P) | 1 | Bag | | EA | $ | Yes☐ No☐  /  / |
| 026 | Documents (Room Q) | 1 | Bag | | EA | $ | Yes☐ No☐  /  / |
| 027 | Documents (Room R) | 1 | Bag | | EA | $ | Yes☐ No☐  /  / |

| 6. ACCEPTANCE/CHAIN OF CUSTODY | | | | |
|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| 17-27 | See above - All | Dan Schwarz S/A ICE | | 05/10/08 |
| 17-27 | See above-All | Sylvia A Roberton, SA cust Chief | | 05/12/08 |
| 17-27 | See Above All | Dan Schwarz S/A ICE | | 05/15/08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Customs Retains Original

Customs Form 6051A (11/01)

# CUSTODY RECEIPT FOR DETAINED OR SEIZED PROPERTY

Handbook 5200-09

| 3. FPF No. 200835059000010 | 4. Investigative Case No. or IA File No. RQ19NR08RQ0002 |
|---|---|

## 5. PROPERTY (By Line Item) Attach CBP- 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value | f. Samples sent to the CBP Lab — FOR DETENTIONS ONLY Yes or No | Date |
|---|---|---|---|---|---|---|---|---|
| 028 | File Cabinet w/ Documents (Room P) | 4 | File box Cabinet | X 4 | EA | $ ✓ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |

## 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 028 | File cabinet w/ Documents | Dan Schwarz SA ICE | [signature] | 05/10/08 |
| 028 | File Cabinet w/ Documents | Sylvia Robertson, SA | [signature] | 05/12/08 |
| 028 | Documents | Dan Schwarz SA ICE | [signature] | 05/15/08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Retains Original

CBP Form 6051A (8-03)

*Computers*

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

2806243

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2 0 0 8 3 5 0 5 7 0 0 0 0 1 0 1 | 2 0 0 8 5 2 0 0 5 4 8 8 5 0 1 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| R C 0 9 W R 0 8 R Q 0 0 0 2 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. | 6. Date Seized (mm/dd/yyyy) 5/12/2008 | 7. Time Seized (Use 24 Hrs) 1030 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Agriprocessors Inc. Address: 220 N. West St Postville, IA 52162 Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: Sales/marketing office/ IT Room/Toby's office | |

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 029 | S/N LVA7479 IBM Thinkpad (Room B) ⎫ Sales/marketing | | 1 / EA | $ |
| 030 | S/N L3BC528 IBM Thinkpad (Room A) ⎭ | | 1 / EA | $ |
| 031 | Backup User Files from NAS ⎫ | | 1 / EA | $ |
| 032 | SQL Database of Time Punch Records ⎬ IT Room | | 1 / EA | $ |
| 033 | Handscanner Configuration Files ⎭ | | 1 / EA | $ |
| 034 | Document Repository - Toby's office | | 1 / EA | $ |

| 15. Seizing Officer Eric Spalding Print Name | X _Signature_ | 5/21/08 Date |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 029-034 | 2 laptops, Files on 2 removable drives | Kevin Bower DFA ICE | _signature_ | 5/12/08 |
| 029-034 | 2 laptops, files from server | John Owen SSA/ICE | John Owen | 5/13/08 |
| 029, 30, 34 | 2 laptops, docs | Craig Williams/SSA/ICE | _signature_ | 5/13/08 |
| 029, 030 | 2 Laptops, docs | Don Stanglino SA ICE SSA | _signature_ | 5-13-08 |
| 029, 030 | 2 Laptops | Craig Williams/SSA/ICE | _signature_ | 5-14-08 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐        CBP Form 6051S (03/04)

CBP Retains Original

# CUSTODY RECEIPT FOR DETAINED OR SEIZED PROPERTY

Handbook 5200-09

| 3. FPF No. 2008350590000101 | 4. Investigative Case No. or IA File No. RQ19NR08RQ0002 |
|---|---|

## 5. PROPERTY (By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value | f. Samples sent to the Customs Lab Yes or No / Date |
|---|---|---|---|---|---|---|---|
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |
| | | | | | | $ | Yes☐ No☐ / / |

**FOR DETENTIONS ONLY**

## 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 029,030 | 2 Laptops | DEWER AGRS Giovi Pas | [signature] | 5-14-08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Customs Retains Original

Customs Form 6051A (11/01)

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3029050

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | | | | | | | | | 2. Incident No. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 3. Investigative Case No. | | | | | | | | | | 4. Enforce No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | G | I | F | N | R | O | B | R | C | O | 0 | 2 | | | | | | | |

| 5. Prior Detention? | 6. Date Seized (mm/dd/yyyy) | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|
| Yes ☐ No ☐  If yes, CBP 6051D No. _____ | 5/14/2008 | | |

**9. Seized From:**
Name: Agriprocessors, Inc

Address: Postville, IA

Telephone No. (   )     Ext:

**10. Entry No.**

**11. Seal or Other ID Nos.**

**12. Remarks:** EnCase Images - Gov't Generated Evidence - Derived From 2008350 S0000101 - Line Items #003-009, #029, #030

**13. Send Correspondence to:**

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Hard Drives containing EnCase Evidence Files | 1 | BX | 4 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | |
|---|---|---|
| CRAIG WILLIAMS | X [signature] | 5/14/2008 |
| Print Name | Signature | Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | HARD DRIVES CONTAINING EnCase Evidence Files | D.M. HUAGUNG S.S.A. USICE | [signature] | 5-14-08 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Form 6051S (03/04)

CBP Retains Original